IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABS-CBN CORPORATION, ABS-CBN FILM PRODUCTIONS, INC. d/b/a STAR CINEMA, and ABS-CBN INTERNATIONAL,<br><br>    Plaintiffs,<br><br>V.<br><br>ALBERTO ACE MAYOL ALFARO a/k/a ACE ALFARO,<br><br>    Defendant. | §§§§§§§§§§§§§§ CASE NO. 4:20-cv-00453 |

## PLAINTIFFS' DISCLOSURE STATEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International identify all parent corporations and any publicly held corporations that own 10% or more of their respective stock as follows:

    Plaintiffs ABS-CBN International and ABS-CBN Film Productions, Inc. are subsidiaries of Plaintiff ABS-CBN Corporation and are not publicly held.

    PCD Nominee Corporation, a Philippines corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

    ABS-CBN Holdings Corporation, a Philippines publicly traded corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

    Lopez, Inc., a Philippines corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

Dated: February 10, 2019

                              Respectfully submitted,

                              BY:  s/Steven M. Abbott
                                    Steven M. Abbott
                                    State Bar No. 00797825
                                    Federal I.D. No. 9027
                              Attorney-in-charge for Plaintiffs
                              ABS-CBN Corporation, ABS-CBN
                              Film Productions, Inc., and ABS-
                              CBN International
                              510 Bering Drive, Suite 300
                              Houston, Texas 77057
                              Telephone: (713) 467-1669
                              Facsimile:  (713) 467-4936
                              E-mail: abbottsteven@hotmail.com