Southern District of Texas - Houston Division, Texas                    PRIORITY SERVICE
515 RUSK ST HOUSTON TX 77002

# CASE #: 4:20-CV-00453

ABS-CBN CORPORATION, ABS-CBN FILM PRODUCTIONS, INC. D/B/A STAR CINEMA, AND ABS-CBN INTERNATIONAL

*Plaintiff*
vs
ALBERTO ACE MAYOL ALFARO A/K/A ACE ALFARO

*Defendant*

## AFFIDAVIT OF SERVICE

I, **PARNELL SPEED**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 02/13/20 10:01 am, instructing for same to be delivered upon ALFARO, ALBERTO ACE MAYOL AKA ACE ALFARO.

That I delivered to: ALFARO, ALBERTO ACE MAYOL AKA ACE ALFARO.

| | |
|---|---|
| the following | : SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S DISCLOSURE STATEMENT; ORDER FOR CONFRENCE AND DISCLOSURE OF INTERESTED PARTIES; JUDGE BENNETT'S COURT PROCEDURES AND PRACTICES |
| at this address | : 9906 PAPYRUS RUSH COURT Conroe, Montgomery County, TX 77385 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Saturday FEB 15, 2020 9:10 am |

My name is PARNELL SPEED, my date of birth is DEC 11th, 1972, and my address is PCP Spring, 14405 Walters Rd #1020, Houston TX 77014, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Harris County, State of Texas, on the ___17th___ day of
___FEBRUARY___, 20_20_.

_____
PARNELL SPEED              2748      Declarant
TX Certification#: PSC-16022 Exp. 11/30/2020

Service Fee: 105.00    PCP Inv#: O20200233
Witness Fee:      .00  SO  Inv#: A20202874
Mileage Fee:      .00
Abbott, Steven M.

tomcat
eaffidavits@pcpusa.net                                  RETURN TO CLIENT

AX02A20202874