## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ABS–CBN Corporation, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:20–cv–00453 |
| | § | |
| Alberto Ace Mayol Alfaro | § | |

## PROPOSED
## SCHEDULING ORDER

1. __JULY 30, 2020__

**AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**

Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. __SEPTEMBER 30, 2020__

**EXPERTS**

Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. __NOVEMBER 27, 2020__

Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. __FEBRUARY 10, 2021__

**DISCOVERY**

Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post–deadline discovery.

4. __MARCH 31, 2021__

**MOTIONS DEADLINE**

Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

## JOINT PRETRIAL ORDER

5a. <u>To be determined by the Court.</u>   THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. <u>To be determined by the Court.</u>   THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.  <u>To be determined by the Court.</u>   **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.

7.  <u>To be determined by the Court.</u>   **TRIAL** is set at 9:00 a.m. in Courtroom 8C.
Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, at Houston, Texas.


_____
Alfred H. Bennett
United States District Judge